UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JAYME LYNN JACOBUS,

             Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

             Defendant.

CASE NO. 2:15-cv-01684 JLR

ORDER ADOPTING REPORT AND
RECOMMENDATION (~~PROPOSED~~)

The Court, having reviewed the Report and Recommendation of Judge J. Richard
Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation and this matter is

       **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

(2)    The Clerk is directed to enter **JUDGMENT** for defendant and the case should be

       closed. and

(3)    The Clerk is directed to send copies of this Order to counsel of record.

Dated this 13th day of August [~~Pick the date~~].

JAMES L. ROBART
United States District Judge